No. 78–6390.  LEFTON v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 78–6399.  GREENE v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 78–6402.  FRICK v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 78–1018.  FIGGINS ET AL. v. HUDSPETH.  C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 78–1099.  MARQUEZ, CORRECTIONAL SUPERINTENDENT v. BITTAKER.  C. A. 9th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 78–1103.  PENNSYLVANIA v. RITTER.  Sup. Ct. Pa. Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 78–1098.  HERMAN v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.  MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.

No. 78–1290.  GOLDSTEIN v. CITY OF NORFOLK.  Sup. Ct. Va.  Certiorari denied.  MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant certiorari and reverse the conviction.